IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HAPTEI JOHN KOZAK,<br><br>　　　　　Defendants. | MJ 24-16-M-KLD<br><br>ORDER |

On March 8, 2024, Defendant Haptei John Kozak appeared before the Court for his Preliminary Hearing on the Complaint filed against him. Based on the testimony and affidavit offered by the Government, the Court finds there is probable cause to go forward in this case.

DATED this 8th day of March, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　United States Magistrate Judge